IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| ROBERT VAUGHN, | ) | |
| | ) | 4:10CV00031 |
| Plaintiff | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| WAL-MART, | ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant | ) | |

Before me is Defendant Wal-Mart's Motion to Dismiss or, In the Alternative, For Summary Judgment. Mot. to Dismiss, Aug. 27, 2010, ECF No. 10. A Roseboro notice was mailed to the pro se Plaintiff on August 27th, 2010 and a hearing was conducted on this motion on November 8th, 2010. For the reasons explained in the Memorandum Opinion that accompanies this Order, I will **GRANT** the Defendant's Motion to Dismiss.

Entered this 12th day of November, 2010.

                                                               s/Jackson L. Kiser
                                                               Senior United States District Judge